# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| CHARLES HALLINAN, JOSEAN KINARD, ARNOLD J. HILL, BENJAMIN D. MCRAE, JOHN DAILEY, LEE M. AYERS, GEORGE B. RIDDICK, JORGE LUIS MALDONADO, ANTWAN HARRIS, ANTHONY BUTLER, and TROY A. TITUS, on behalf of themselves and similarly situated individuals,<br><br>*Petitioners/Plaintiffs,*<br><br>v.<br><br>THOMAS SCARANTINO, Complex Warden, Federal Correctional Complex Butner; MICHAEL CARVAJAL, Federal Bureau of Prisons Director; and JEFFERY ALLEN, Federal Bureau of Prisons Medical Director, in their official capacities,<br><br>*Respondents/Defendants.* | Case No. 5:20-HC-02088-FL<br><br>**PETITIONERS/PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND WRIT OF HABEAS CORPUS**<br><br>**Fed. R. Civ. P. 65**<br>**28 U.S.C. § 2241**<br><br>IMMEDIATE RELIEF SOUGHT<br>HEARING REQUESTED |

Plaintiffs/Petitioners ("Petitioners") respectfully move the Court for entry of a temporary restraining order ("TRO") and preliminary injunction under Federal Rule of Civil Procedure 65 and a writ of habeas corpus under 28 U.S.C. § 2241. Without the requested relief, Petitioners, who are all inmates at the Federal Correctional Complex Butner ("Butner") in North Carolina, face an imminent and grave risk of contracting the virus that causes COVID-19 because of the unconstitutional confinement and conditions at Butner. In recent weeks, COVID-19 has already taken the lives of ten men incarcerated at Butner, and hundreds of others at Butner (both incarcerated men and staff) have contracted the virus.

Petitioners seek an immediate TRO, preliminary injunction, and writ of habeas corpus against Respondents Thomas Scarantino, Michael Carvajal, and Jeffery Allen:

(1) ordering Respondents to identify, within one day, all people incarcerated at Butner who fit within the Medically Vulnerable Subclass;

(2) appointing an expert to determine appropriate categories of release for each Subclass member within 48 hours of entrance of the order or injunction (the "Expert List");

(3) requiring release—without quarantining at Butner—of all persons identified as appropriate for release within twenty-four (24) hours of creation of the Expert List; and

(4) ordering Respondents to prepare a COVID-19 mitigation plan to be submitted to the Court within 48 hours and overseen by a qualified public health expert pursuant to Fed. R. Evid. 706, which outlines:

    i.    Immediate testing for all people incarcerated at Butner known to have been in close proximity with anyone showing any symptoms or having tested positive for COVID-19;

    ii.    Immediate medically sound quarantine for all people incarcerated at Butner known to have been in close proximity to anyone showing symptoms or having tested positive for COVID-19;

    iii.    Immediate medically sound isolation for all people incarcerated at Butner showing any symptoms or who have tested positive for COVID-19, in compliance with CDC guidelines;

    iv.    Appropriate medical treatment for incarcerated people exhibiting symptoms of COVID-19, including the waiver of any sick call fees;

    v.    Additional specific efforts to ensure no spread of COVID-19 from outside the quarantine area to the quarantine area, including: (1) requiring staff who enter the quarantine area to wear masks; (2) ensuring proper access to products/materials for proper hygiene; (3) ensuring individuals in the quarantine area are able to comply with physical distancing guidelines; and (4) frequent disinfecting and cleaning.

Petitioners request that the Court waive security for the TRO and/or preliminary injunction under Federal Rule of Civil Procedure 65(c). *See Hawkins v. Cohen*, 327 F.R.D. 64, 88 (E.D.N.C. 2018), *modified on reconsideration*, 2018 WL 6445416 (E.D.N.C. Dec. 10, 2018) (waiving bond requirement where plaintiffs and class members were indigent public assistance recipients).

The bases for this Motion are set forth in the Memorandum of Law in Support of Petitioners/Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Writ of Habeas Corpus, filed contemporaneously with this Motion. Petitioners request immediate relief. If the Court is inclined to allow Respondents time to file a written response to this Motion, Petitioners request that the Court require such response be filed as quickly as possible, and in no event later than June 1, 2020.

Respectfully submitted this 28th day of May, 2020.

/s/ *Jeffrey S. Wilkerson*
Jeffrey S. Wilkerson [N.C. State Bar No. 51209]
Gretchen Scavo [N.C. State Bar No. 48589]*
Elizabeth Ireland [N.C. State Bar No. 47059]*
Patrick Doerr [N.C. State Bar No. 50673]*
Ashley R. Anderson [N.C. State Bar No. 51741][†]
WINSTON & STRAWN LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Tel: (704) 350-7700
Fax: (704) 350-7800
jwilkerson@winston.com
gscavo@winston.com
eireland@winston.com
pdoerr@winston.com
aanderson@winston.com

Maria V. Morris [N.Y. Bar No. 4091435]**
American Civil Liberties Union
915 15th Street N.W., 7th Floor
Washington, DC 20005
Tel.: (202) 548-6607
mmorris@aclu.org

Sarah Hinger [N.Y. Bar No. 4823878]
American Civil Liberties Union
125 Broad St.
New York, NY 10004
Tel.: (212) 519-7882
shinger@aclu.org

Jonathan M. Smith [D.C. Bar No. 396578][†]
Emily Gunston [D.C. Bar No. 1032056][†]
Lyndsay A. Niles [D.C. Bar No. 1003427][†]
WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS & URBAN AFFAIRS
700 14th Street NW, Suite 400
Washington, DC 20005
Tel: (202) 319-1000
Fax: (202) 319-1010
jonathan_smith@washlaw.org
emily_gunston@washlaw.org
lyndsay_niles@washlaw.org

Emily Seawell [N.C. Bar No. 50207]
Jaclyn Maffetore [N.C. Bar No. 50849]
Kristi Graunke [N.C. Bar No. 51216]
American Civil Liberties Union
Of North Carolina
Legal Foundation
Post Office Box 28004
Raleigh, NC 27611
Tel.: (919) 834-3466
Fax: (866) 511-1344
eseawell@acluofnc.org
jmaffetore@acluofnc.org
kgraunke@acluofnc.org

* Admission Forthcoming
** Admission to DC Bar Pending
[†] Special Appearance Forthcoming

3

# CERTIFICATE OF SERVICE

I, Jeffrey S. Wilkerson, hereby certify that a true copy of the of the foregoing was served on Respondents/Defendants' counsel of record with the Clerk of the Court via the CM/ECF Document Filing System.

This 28th day of May, 2020.

/s/ Jeffrey S. Wilkerson_____

Winston & Strawn LLP
300 S. Tryon Street, 16th Floor
Charlotte, NC  28202
(704) 350-7700

Counsel for Plaintiffs/Petitioners