IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-HC-02088-FL

CHARLES HALLINAN, JOSEAN KINARD,     )
ARNOLD J. HILL, BENJAMIN D. MCRAE,   )
JOHN DAILEY, LEE M. AYERS, GEORGE B.  )
RIDDICK, JORGE LUIS MALDONADO,     )
ANTWAN HARRIS, ANTHONY BUTLER, and )
TROY A. TITUS, on behalf of themselves and  )
similarly situated individuals,              )
                                       )

*Petitioners/Plaintiffs,*             )

                                       )
         v.                      )
                                       )

THOMAS SCARANTINO, Complex Warden, )
Federal Correctional Complex Butner;     )
MICHAEL CARVAJAL, Federal Bureau of   )
Prisons Director; and JEFFERY ALLEN,    )
Federal Bureau of Prisons Medical Director, in )
their official capacities,             )
                                       )
*Respondents/Defendants.*          )
                                       )
                                       )
                                       )

**INDEX OF EXHIBITS
TO DECLARATION OF JEFFREY S.
WILKERSON IN SUPPORT OF
PETITIONERS/PLAINTIFFS' MOTION FOR
TEMPORARY RESTRAINING ORDER,
PRELIMINARY INJUNCTION, AND WRIT
OF HABEAS CORPUS**

Electronic Case Filing Administrative
Policies and Procedures Manual
Policy Manual § V.E.2

Exhibit 1:     Declaration of Plaintiff/Petitioner Lee M. Ayers

Exhibit 2:     Declaration of Plaintiff/Petitioner John Dailey

Exhibit 3:     Declaration of Roger Duane Goodwin

Exhibit 4:     Declaration of Plaintiff/Petitioner Charles Hallinan

Exhibit 5:     Declaration of Michael Harrington

Exhibit 6:     Declaration of Plaintiff/Petitioner Antwan Harris

Exhibit 7:     Declaration of Plaintiff/Petitioner Arnold J. Hill

Exhibit 8:     Declaration of Lewis Donnell Huntley

Exhibit 9:     Declaration of Plaintiff/Petitioner Josean Kinard

Exhibit 10:    Declaration of John Krokos

Exhibit 11:     Declaration of Plaintiff/Petitioner Jorge Luis Maldonado

Exhibit 12:     Declaration of Plaintiff/Petitioner Benjamin D. McRae

Exhibit 13:     Declaration of Randy Flores Ortiz

Exhibit 14:     Declaration of Plaintiff/Petitioner George B. Riddick

Exhibit 15:     Declaration of Plaintiff/Petitioner Troy Aurelius Titus

Exhibit 16:     Declaration of William Robert Whyte

Exhibit 17:     Declaration of Dr. Chris Beyrer, M.D., M.P.H.

Exhibit 18:     Declaration of Dr. Joe Goldenson, M.D.

Exhibit 19:     Declaration of Expert Dan Pacholke

Exhibit 20:     U.S. Department of Justice, Federal Bureau of Prisons Press Releases on Inmate
                Deaths at FCC Butner

Exhibit 21:     Memorandum from Attorney General William Barr dated March 26, 2020 to the Director
                of Bureau Prisons re Prioritization of Home Confinement As Appropriate In Response to
                COVID-19 Pandemic

Exhibit 22:     Memorandum from Attorney General William Barr dated April 3, 2020 to the Director of
                Bureau of Prisons re Increasing Use of Home Confinement at Institutions Most Affected
                by COVID-19

Exhibit 23:     Memorandum from Andre Matevousian and L. Cristina Griffith dated April 13, 2020 to
                All Chief Executive Officers re Coronavirus (COVID-19) Phase 6 Action Plan

Exhibit 24:     Centers for Disease Control Coronavirus (COVID-19) Social Distancing, Quarantine, and
                Isolation Guidelines

Exhibit 25:     Centers for Disease Control Coronavirus (COVID-19) How to Protect Yourself &
                Others Guidelines

Exhibit 26:     Centers for Disease Control Coronavirus (COVID-19) How COVID-19 Spreads
                Information Sheet

Exhibit 27:     Centers for Disease Control Coronavirus (COVID-19) Assessing Risk Factors
                for Severe COVID-19 Illness Guidelines

Exhibit 28:     Centers for Disease Control Coronavirus (COVID-19) Older Adults Information
                Sheet

Exhibit 29:     Centers for Disease Control Morbidity and Mortality Weekly Report (MMWR)
                dated May 6, 2020

Exhibit 30:    Centers for Disease Control Coronavirus (COVID-19) Interim Guidance on
               Management of Coronavirus Disease 2019 (COVID-19) in Correctional and
               Detention Facilities

Exhibit 31:    Opposition to Defendant Wesam El-Hanafi's Motion for Compassionate Release,
               *United States v. El-Hanafi,* No. 1:10-cr-00162-KMW (S.D.N.Y. May 13, 2020),
               ECF No. 247 at 16

Exhibit 32:    Defendant Thompson's Status Report on Compassionate Release Motion and
               Request for Additional Court Action at 2, *United States v. Thompson*,
               No. 1:15-cr-00448 (E.D. Ill. Apr. 20, 2020), ECF No. 81

Exhibit 33:    Opinion and Order, *United States v. Wesam El-Hanafi*, No. 10-cr-162 (KMW)
               (S.D.N.Y. May 19, 2020), ECF No. 252

Exhibit 34:    Criminal Minutes-General, *United States v. Krokos*, No. 12-cr-527 (C.D. Cal. May 1,
               2020), ECF No. 1016

Exhibit 35:    Minute Entry, *United States v. Thompson*, No. 15-cr-448 (N.D. Ill. April 17, 2020), ECF
               No. 80

Exhibit 36:    Screenshot from an archived version of www.bop.gov/coronavirus captured by the
               Internet Archive on March 31, 2020

Exhibit 37:    Screenshot of the Federal Bureau of Prisons' COVID-19 website at
               https://www.bop.gov/coronavirus/index.jsp, taken on April 27, 2020, and sorted to show
               data related to FCC Butner