# Exhibit 20



U.S. Department of Justice
Federal Bureau of Prisons

**FOR IMMEDIATE RELEASE**
April 12, 2020

Contact: Office of Public Affairs
202-514-6551

## Inmate Death at FCI Butner I

WASHINGTON, D.C.: On Thursday, March 26, 2020, inmate Charles Richard Rootes, went into respiratory failure at the Federal Correctional Institution (FCI) Butner I, in Butner, North Carolina. He was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation. While at the local hospital, Mr. Rootes tested positive for COVID-19. On Friday, March 27, 2020, his condition declined and he was placed on a ventilator. On Saturday, April 11, 2020, Mr. Rootes, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Rootes was an 81 year-old male who was sentenced in the Eastern District of Tennessee to a 99-year sentence for Kidnapping, National Motor Vehicle Theft Act, and Rape. He had been in custody at FCI Butner I since October 22, 2019.

FCI Butner I is a Medium security facility that currently houses 641 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



U.S. Department of Justice
Federal Bureau of Prisons

**FOR IMMEDIATE RELEASE**
April 13, 2020

Contact: Office of Public Affairs
202-514-6551

## Inmate Death at FCI Butner I

WASHINGTON, D.C.: On Monday, April 6, 2020, inmate Andre Williams was evaluated by institutional medical staff at the Federal Correctional Institution (FCI) Butner I, in Butner, North Carolina, and transported to a local hospital for further treatment and evaluation of pre-existing medical conditions. Mr. Williams previously tested positive for COVID-19 on April 5, 2020. On Sunday, April 12, 2020, Mr. Williams, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease was pronounced dead by hospital staff.

Mr. Williams was a 78 year-old male who was sentenced in the Northern District of Florida to a term of Life for Armed Bank Robbery and Possession of a Firearm by a Convicted Felon. He had been in custody at FCI Butner I since November 20, 2015.

FCI Butner I is a Medium security facility that currently houses 641 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Bureau of Prisons can be found at www.bop.gov.



U.S. Department of Justice
Federal Bureau of Prisons

**FOR IMMEDIATE RELEASE**
April 13, 2020

Contact: Office of Public Affairs
202-514-6551

## Inmate Death at FCI Butner I

WASHINGTON, D.C.: On Sunday, March 29, 2020, inmate Gary Edward Nixon, went into respiratory failure at the Federal Correctional Institution (FCI) Butner I, in Butner, North Carolina. He was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation. While at the local hospital, Mr. Nixon tested positive for COVID-19. On Thursday, April 2, 2020, his condition declined and he was placed on a ventilator. On Sunday, April 12, 2020, Mr. Nixon, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Nixon was a 57 year-old male who was sentenced in the Eastern District of North Carolina to a 155-month Supervised Release Violation Term with new criminal conduct of Conspiracy to Distribute With Intent to Distribute More Than 5 Grams of Cocaine Base (Crack). The original offense conduct was Conspiracy to Possess With Intent to Distribute 100 Grams or More of Heroin and Possession With Intent to Distribute a Quantity of Heroin. He had been in custody at FCI Butner I since May 21, 2019.

FCI Butner I is a Medium security facility that currently houses 641 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



U.S. Department of Justice
Federal Bureau of Prisons

**FOR IMMEDIATE RELEASE**
April 13, 2020

Contact: Office of Public Affairs
202-514-6551

## Inmate Death at FCI Butner I

WASHINGTON, D.C.: On Monday, March 30, 2020, inmate John Doe, went into respiratory failure at the Federal Correctional Institution (FCI) Butner I, in Butner, North Carolina. He was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation. While at the local hospital, Mr. Doe tested positive for COVID-19. On Monday, March 30, 2020, his condition declined and he was placed on a ventilator. On Monday, April 13, 2020, Mr. Doe, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Doe was a 46 year-old male who was sentenced in the Southern District of New York to a 57-month term for Making Materially False Statements. He had been in custody at FCI Butner I since October 22, 2019.

FCI Butner I is a Medium security facility that currently houses 641 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



U.S. Department of Justice
Federal Bureau of Prisons

**FOR IMMEDIATE RELEASE**
April 17, 2020

Contact: Office of Public Affairs
202-514-6551

## Inmate Death at FCI Butner I

WASHINGTON, D.C.: On April 6, 2020, inmate Fabian Tinsley, went into respiratory failure at the Federal Correctional Institution (FCI) Butner I, in Butner, North Carolina. He was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation. While at the local hospital, Mr. Tinsley tested positive for COVID-19. On Monday, April 6, 2020, his condition declined and he was placed on a ventilator. On Thursday, April 16, 2020, Mr. Tinsley, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Tinsley was a 67 year-old male who was sentenced in the District of Columbia, Superior Court to a 23 year term for Kidnapping While Armed and Aggravated Assault While Armed. He had been in custody at FCI Butner I since November 15, 2018.

FCI Butner I is a Medium security facility that currently houses 652 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



U.S. Department of Justice
Federal Bureau of Prisons

**FOR IMMEDIATE RELEASE**
April 28, 2020

Contact: Office of Public Affairs
202-514-6551

## Inmate Death at FCI Butner I

WASHINGTON, D.C.: On Wednesday, April 15, 2020, inmate William Walker Minto went into respiratory failure at the Federal Correctional Institution (FCI) Butner I adjacent minimum security satellite camp, in Butner, North Carolina. He was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation. While at the local hospital, Mr. Minto tested positive for COVID-19. On Tuesday, April 21, 2020, his condition declined and he was placed on a ventilator. On Tuesday, April 28, 2020, Mr. Minto, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Minto was a 73 year-old male who was sentenced in the Eastern District of Tennessee to a 240-month term for Conspiracy to Distribute and Possess With Intent to Distribute 1,000 Kilograms or More of Marijuana. He had been in custody at the FCI Butner I adjacent minimum security satellite camp since October 11, 2019.

The adjacent minimum security satellite camp at FCI Butner I currently houses 268 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



U.S. Department of Justice
Federal Bureau of Prisons

**FOR IMMEDIATE RELEASE**
May 7, 2020

Contact: Office of Public Affairs
202-514-6551

## Inmate Death at FCI Butner I

WASHINGTON, D.C.: On Tuesday, April 7, 2020, inmate William E. Miller went into respiratory failure at the Federal Correctional Institution (FCI) Butner I, in Butner, North Carolina. He was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation. Mr. Miller tested positive for COVID-19 on April 5, 2020. On Wednesday, April 8, 2020, his condition declined and he was placed on a ventilator. On Wednesday, May 6, 2020, Mr. Miller, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Miller was a 58 year-old male who was sentenced in the Western District of New York to a 14-year sentence for Coercion and Enticement of a Minor. He had been in custody at FCI Butner I since May 20, 2019.

FCI Butner I is a Medium security facility that currently houses 671 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



U.S. Department of Justice
Federal Bureau of Prisons

**FOR IMMEDIATE RELEASE**
May 15, 2020

Contact: Office of Public Affairs
202-514-6551

## Inmate Death at FCI Butner I

WASHINGTON, D.C.: On Tuesday, April 21, 2020, inmate Jerry Lynn Dempsey, went into respiratory failure at the Federal Correctional Institution (FCI) Butner I, in Butner, North Carolina. He was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation. Mr. Dempsey tested positive for COVID-19 on April 22, 2020. On Friday, April 24, 2020, his condition declined and he was placed on a ventilator. On Friday, May 15, 2020, Mr. Dempsey, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Dempsey was a 59 year-old male who was sentenced in the Southern District of California to a 130-month sentence for Conspiracy to Distribute Methamphetamine. He had been in custody at FCI Butner I since November 13, 2014.

FCI Butner I is a Medium security facility that currently houses 658 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



U.S. Department of Justice
Federal Bureau of Prisons

**FOR IMMEDIATE RELEASE**
May 25, 2020

Contact: Office of Public Affairs
202-514-6551

## Inmate Death at FCI Butner (Low)

WASHINGTON, D.C.: On Friday, May 22, 2020, inmate Eric Spiwak, went into respiratory failure at the Federal Correctional Institution (FCI) Butner (Low), in Butner, North Carolina. He was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation. Mr. Spiwak tested positive for COVID-19 on May 22, 2020. On Monday, May 25, 2020, Mr. Spiwak, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Spiwak was a 73-year-old male who was sentenced in the Eastern District of North Carolina to a 188-month sentence for Possession of Child Pornography. He had been in custody at the Federal Correctional Complex (FCC) Butner since June 22, 2009.

FCI Butner is a Low security facility that currently houses 1,201 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



U.S. Department of Justice
Federal Bureau of Prisons

**FOR IMMEDIATE RELEASE**
May 26, 2020

Contact: Office of Public Affairs
202-514-6551

## Inmate Death at FCI Butner I's Satellite Camp

WASHINGTON, D.C.:  On Monday, April 23, 2020, Isaac Lamar Byers, an inmate at the Federal Correctional Institution (FCI) Butner I's Satellite Prison Camp (SPC), in Butner, North Carolina, tested positive for COVID-19.  On April 27, 2020, Mr. Byers went into respiratory failure.  He was evaluated by institutional medical staff and transported to a local hospital for further treatment and evaluation.  On Sunday, May 10, 2020, his condition declined and he was placed on a ventilator.  On Tuesday, May 26, 2020, Mr. Byers, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff.

Mr. Byers was a 52-year-old male who was sentenced in the Western District of North Carolina to a 151-month sentence for Possession With Intent to Distribute at Least 28 Grams of Cocaine Base.  He had been in custody at SPC Butner since November 5, 2019.

SPC Butner is a minimum security facility adjacent to FCI Butner I and currently houses 211 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###