# Exhibit 35

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:15−cr−00448
Honorable Robert M. Dow Jr.

Richard L Thompson

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 17, 2020:

MINUTE entry before the Honorable Robert M. Dow, Jr: Telephonic hearing held on Defendant's emergency motion for compassionate release [76]. Defense counsel waive Defendant's appearance. The Court is advised that BOP has a plan in place to release Defendant on home confinement. The Court grants Defendant's alternative relief in the form of a letter recommending Defendant's release to home confinement as soon as possible, consistent with medical advice. Parties requested to provide the Court with best available email addresses for officials at FCI−Butner. Letter emailed to Warden at FCI−Butner and forwarded to counsel of record. Joint status report is due by 5/1/2020. Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.