# Exhibit 36

https://www.bop.gov/coronavirus/                                          Go    FEB **MAR** MAY    

**217 captures**                                                              ◀ **31** ▶
22 Mar 2020 - 27 May 2020                                                  2019 **2020** 2021    ▼ About this capture

                                                                    A-Z Topics    Site Map    FOIA

                                                                    [ Search bop.gov           ]

| Home | About Us | Inmates | Locations | Careers | Business | Resources | Contact Us |



The Bureau of Prisons (BOP) is carefully monitoring the spread of the COVID-19 virus. As with any type of emergency situation, we carefully assess how to best ensure the safety of staff, inmates and the public.

BOP COVID-19 Modified Operations Plan

### BOP's Emergency Response

Every institution is like a small city and to cope with major emergencies or other significant interruptions of normal operations, they each have continuity of operations (COOP) plans that provide guidance to staff.

### BOP's COVID-19 Response

In February 2020, the BOP's Public Health Service (PHS) staff were placed in operational dress uniforms to be ready to respond to COVID-19 incidents by the Assistant Secretary for Health.

### BOP's COVID-19 Collaboration Efforts

BOP PHS Officers have been deployed for national travel-related screening at airports and NIC has been asked to share BOP-related guidance with state and local corrections.

### Coronavirus.gov

The primary lane of information for the public regarding Coronavirus (COVID-19) is a portal for public information published by the Coronavirus (COVID-19) Task Force at the White House, working in conjunction with CDC, HHS and other agency stakeholders.

### CDC.gov

The Centers for Disease Control and Prevention (CDC) has established a resource portal on CDC.gov with the latest information from CDC and the overarching medical community on COVID-19.

### USA.gov

To learn about international travel restrictions, how you can prepare for coronavirus, and what the U.S. government is doing in response to the virus, visit https://www.usa.gov/coronavirus

https://www.bop.gov/coronavirus/          Go     FEB  **MAR**  MAY

**217 captures**                                    ◄  **31**  ►
22 Mar 2020 - 27 May 2020                          2019  **2020**  2021          ▼ About this capture




# COVID-19 Tested Positive Cases

### Inmates

## 28

**(Inmate) 3/30/2020 -** MDC Brooklyn; FCC Oakdale (7); USP Atlanta (2); MCC New York (3); FMC Butner (2); FCI Otisville; FCI Danbury; FCC Lompoc (3); FCI Elkton (2); RRC Phoenix, AZ, RRC Brooklyn, NY (4); RRC Janesville, WI

**(Staff) 3/30/2020 -** Grand Prairie, TX; Leavenworth, KS (no inmate contact); Yazoo, MS (2); Atlanta, GA (2); Danbury, CT; Butner, NC; Ray Brook, NY; New York, NY (2); Chicago, IL (2); Brooklyn, NY (4); Oakdale, LA (3); Lompoc, CA; Otisville, NY; Fort Dix, NJ; Talladega AL.

### Staff

## 24

*Note: Due to the rapidly evolving nature of this public health crisis, the BOP will update this dashboard daily at 3:00 p.m. based on the most recently available data from across the agency as reported by the BOP's Office of Occupational Health and Safety.*

## Resources

- COVID-19 Visitor/Volunteer/Contractor Screening Tool

- COVID-19 Inmate Screening Tool

- COVID-19 Staff Screening Tool

- Coronavirus (COVID-19) Precautions/Modified Operations for Residential Reentry Centers.

- Coronavirus (COVID-19) Religious Accommodations

| About Us | Inmates | Locations | Careers | Business | Resources | Resources For ... |
|---|---|---|---|---|---|---|
| About Our Agency | Find an Inmate | List of our Facilities | Life at the BOP | Acquisitions | Policy & Forms | Victims & Witnesses |
| About Our Facilities | First Step Act | Map of our Locations | Explore Opportunities | Solicitations & Awards | News Stories | Employees |
| Historical Information | Communications | Search for a Facility | Current Openings | Reentry Contracting | Press Releases | Federal Executions |
| Statistics | Custody & Care | | Our Hiring Process | | Publications | Former Inmates |
| | Visiting | | | | Research & Reports | Media Reps |
| | Voice a Concern | | | | | |

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback
USA.gov | Justice.gov | Open Government

https://www.bop.gov/coronavirus/ | Go

217 captures
22 Mar 2020 - 27 May 2020

FEB  **MAR**  **MAY**
◄ **31** ►
2019  **2020**  2021

▼ About this capture