# Exhibit 37

# April 27, 2020 Screenshot of BOP COVID-19 Cases Dashboard, Sorted to Show Cases at FCC Butner

## COVID-19 Cases

The BOP has **142,649** federal inmates in BOP-managed institutions and **10,442** in community-based facilities. The BOP staff complement is approximately **36,000**. As of 04/27/2020, there are **1046 federal inmates** and **330 BOP staff** who have confirmed positive test results for COVID-19 nationwide. Currently, **390** inmates and **124** staff have recovered. There have been **28** federal inmate deaths and **0** BOP staff member deaths attributed to COVID-19 disease.
**Full breakdown and additional details ...**

The inmate totals listed do not include inmates participating in the Federal Location Monitoring program. Additionally, the reference to the FCI Butner Low below refers to an isolation unit that is physically separated from the rest of the LSCI.

| | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 1 | 0 | 0 | Southeast RO | Atlanta | GA |
| 1 | 0 | 0 | 0 | Devens FMC | Ayer | MA |
| 1 | 2 | 0 | 0 | Bennettsville FCI | Bennettsville | SC |
| 6 | 0 | 0 | 0 | Community Resources for Justice, Inc. (RRC) | Boston | MA |
| 1 | 25 | 0 | 0 | Brooklyn MDC | Brooklyn | NY |
| 2 | 0 | 0 | 0 | CORE Services Group, Inc. (RRC) | Brooklyn | NY |
| 1 | 5 | 0 | 0 | Butner FMC | Butner | NC |
| 11 | 7 | 0 | 0 | Butner Low FCI | Butner | NC |
| 173 | 9 | 5 | 0 | Butner Medium I FCI | Butner | NC |